[Crim. No. 1920.  In Chambers of the Chief Justice.—February 26, 1915.]

## In the Matter of the Application of E. K. VAUGHAN, for a Writ of Habeas Corpus.

HABEAS CORPUS—ARREST UNDER COMPLAINT CONTAINING POSITIVE AVERMENTS—ACTUAL KNOWLEDGE OF COMPLAINANT CANNOT BE QUESTIONED.—*Habeas corpus* will not lie on behalf of a person arrested under a complaint not made on information and belief and sufficient to authorize issuance of the warrant of arrest, to inquire into the question whether the complainant had actual knowledge of the matters as to which he swore positively in the complaint.

APPLICATION for a Writ of Habeas Corpus directed to the Sheriff of Sonoma County.

The facts are stated in the opinion of the court.

E. R. Vaughan, for Petitioner.

ANGELLOTTI, C. J.—Petition for writ of *habeas corpus*, addressed to the Chief Justice.

The petition for writ of *habeas corpus* states no sufficient ground for the issuance of such a writ. The complaint against petitioner by which the proceeding under which he is held in custody by the sheriff of Sonoma County was instituted, does not purport to have been made on information and belief, and was sufficient to authorize issuance of the warrant of arrest. *Habeas corpus* will not lie to inquire into the question whether the complainant had *actual* knowledge of the matters as to which he swore positively in such a complaint.

Application for writ denied.